IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA R. MEYERS | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| HERBERT K. SUDFELD, JR., ESQ., ET AL. | : | NO. 05-CV-2970 |
| Defendants | : | |

C I V I L   J U D G M E N T

Before the Honorable TIMOTHY R. RICE:

**AND NOW**, this 2nd day of March, 2007, in accordance with the jury verdict,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of the defense.

BY THE COURT

ATTEST:

\s\ Chavela M. Settles
Chavela M. Settles
Deputy Clerk to the
Honorable Timothy R. Rice